IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAINTE HICKEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CORRECTIONAL OFFICER STUMP, *et al.*, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 1:24−cv−00449−RJJ−SJB<br><br>Hon. Robert J. Jonker |

**MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff Kainte Hickey, by and through his undersigned counsel, respectfully moves this Court for a 21-day extension of time to serve Defendants.

In support of his motion Plaintiff states:

1. This case involves the alleged abuse of Kainte Hickey by several Michigan Department of Corrections ("MDOC") guards while incarcerated at the Bellamy Creek Correctional Facility ("IBC") in Ionia, Ionia County, Michigan.

2. Plaintiff filed his above complaint in the above-captioned case on April 30, 2024. Under Rule 4(m), the deadline to serve the defendants is July 29, 2024.

3. Plaintiff filed a Motion to Permit Discovery Pursuant to Rule 26(d) on June 24, 2024. ECF 8. On July 1 the Court issued an order denying the motion without prejudice, and admonished Plaintiff to contact the MDOC's litigation coordinator at IBC. ECF 11.

4. Plaintiff initially reaches out to IBC Litigation Coordinator via phone call on July 8, 2024. Plaintiff follows up with an email the following day and is informed to send waiver of summons via mail along with the complaint for each defendant on July 10, 2024.

5. Plaintiff received a reply from the litigation coordinator confirming the waiver of summons and complaints have been received on July 26, 2024.

6. Plaintiff has reached out to IBC litigation coordinator on two separate occasions requesting the completed waiver of summons for the defendants without response as of July 29, 2024.

7. The deadline to serve summons on all Defendants in this case is on July 29, 2024.

8. Plaintiff respectfully submits this Motion for Extension of Time to serve defendants to allow additional time for the IBC litigation coordinator to send back the completed waiver of summons for the plaintiff to file.

**WHEREFORE**, Plaintiff requests that this Court enter an order for Extension of time of 21 days, to August 19, 2024, to serve the defendants as described in this motion.

Dated: June 29, 2024

Respectfully submitted,

/s/ *Stephen Weil*

Stephen Weil (*Admission* pending)
Maria Makar (*Admission* pending)
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Counsel for Plaintiff*