UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAINTE HICKEY,

    Plaintiff,

v

GARY STUMP, *et al.*,

    Defendants.

No. 1:24-cv-00449

HON. ROBERT J. JONKER

MAGISTRATE JUDGE
SALLY J. BERENS

| | |
|---|---|
| Roz Dillon (IL) | William J. Predhomme II (P81527) |
| Maria Makar (IL 5655444) | Adam P. Sadowski (P73864) |
| Rachel Brady (IL) | Assistant Attorneys General |
| Loevy & Loevy | Michigan Dept. of Attorney General |
| Attorneys for Plaintiff | Attorneys for MDOC Defendants |
| 311 N. Aberdeen St., 3rd. Fl. | Corrections Division |
| Chicago, IL 60607 | P.O. Box 30217 |
| (312) 243-5900 | Lansing, MI 48909 |
| Dillon@loevy.com | (517) 335-3055 |
| Makar@loevy.com | Predhommew1@michigan.gov |
| Brady@loevy.com | Sadowskia@michigan.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, all counsel of record were electronically served with *MDOC Defendants' Rule 26 Disclosures*, via email at their respective email addresses captioned above.

                                              */s/William J. Predhomme II*
                                              William J. Predhomme II (P81527)
                                              Assistant Attorney General
                                              Attorney for Defendants