## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KAINTE HICKEY, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:24-cv-00449-RJJ-SJB |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER STUMP et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants*. | ) | Related Case: 1:22-cv-00865-SJB |
| | ) | (closed) |
| | ) | |
| | ) | |

### MOTION TO WITHDRAW THE APPEARANCE OF ROSALIND DILLON

Plaintiff respectfully moves for leave to withdraw the appearance of Rosalind Dillon as counsel, stating in support as follows:

1. Ms. Dillon no longer works for Loevy & Loevy and will no longer be representing Mr. Hickey in this matter.

2. Other attorneys at Loevy & Loevy will continue to represent Mr. Hickey.

WHEREFORE, Mr. Hickey respectfully requests that this Court grant leave to withdraw the appearance of Rosalind Dillon as counsel in this matter.

Respectfully submitted,

/s/ Maria Makar
*One of Plaintiff's attorneys*

Jon Loevy
Maria Makar
LOEVY & LOEVY
311 North Aberdeen Street
Chicago, IL 60607
312-243-5900

1