## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

KAINTE HICKEY,

                      *Plaintiff*,        Case No. 1:24-cv-00449-RJJ-SJB

v.

CORRECTIONAL OFFICER STUMP et al.,    JURY TRIAL DEMANDED

                      *Defendants*.    Related Case: 1:22-cv-00865-SJB (closed)

| | |
|---|---|
| Roz Dillon | William J. Predhomme II |
| Maria Makar | Adam P. Sadowski |
| Rachel Brady | Assistant Attorneys General |
| Gianna Gizzi | Michigan Dept. of Attorney General |
| Attorneys for Plaintiff | Attorneys for MNDOC Defendants |
| 311 N. Aberdeen St., 3rd Fl. | Corrections Division |
| Chicago, IL 60607 | P.O. Box 30217 |
| (312) 243-5900 | Lansing, MI 48909 |
| Dillon@loevy.com | (517) 355-3055 |
| Makar@loevy.com | Predhommew1@michigan.gov |
| Brady@loevy.com | Sadowskia@michigan.gov |
| Gizzi@loevy.com | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2025, all counsel of record were electronically served with the following documents: *Plaintiff's Responses to Defendants' First Requests for Production of Documents* and *Plaintiff's Response to Defendants' First Set of Interrogatories to Plaintiff* at the email addresses provided in the caption.

                                       */s/ Gianna Gizzi*
                                       Gianna Gizzi
                                       Attorney for Plaintiff