**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:24-cv-00449-RJJ-SJB | 5/14/2026 | 9:15 AM – 10:02 AM | Sally J. Berens |

**CASE CAPTION**

| Hickey v. Stump et al |
|---|

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Gianna Gizzi | Plaintiff Kainte Hickey |
| Adam Paul Sadowski<br>William J. Predhomme, II<br>Kristin Southerland | Defendants Gary Stump, Jesse Nelson |

**PROCEEDINGS**

| **NATURE OF HEARING:** Early Settlement Conference held; case did not settle. |
|---|

Proceedings Not Recorded
Deputy Clerk: J. Norton